STATE OF NEW JERSEY v. CHRISTOPHER BROWN.

September 5, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. MYRON FINKELSTEIN.

September 5, 1984.

Petition for certification denied.

NATHAN P. NEWMAN v. NEW JERSEY STATE
PAROLE BOARD.

September 5, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. NEW JERSEY TRADE WASTE
ASSOCIATION AND COUNTY OF SOMERSET.

September 5, 1984.

Petition for certification denied.   (See 194 *N.J.Super.* 90)